**Gayle E. Mills**
**Chapter 7 Trustee**
**P.O. Box 36317**
**Tucson, AZ 85740**
**(520) 792-1115**

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ST. JOHN, DEBORAH L. | ) Case No. 4:13-bk-02985-BMW |
| | ) |
| | ) TRUSTEE'S MOTION FOR |
| | ) TURNOVER OF PROPERTY |
| | ) |
| Debtor | ) |

Gayle E. Mills, the duly appointed and qualified Trustee herein, hereby moves pursuant to 11 U.S.C. §§ 521(3),(4) and 542(a),(e) for an order requiring the Debtor to immediately turn over to the Trustee property of the Bankruptcy Estate, including without limitation the following:

Copies of the Debtor's 2012 Federal and State tax returns and 100% of any refunds.

As the Debtor filed for Chapter 7 relief on March 4, 2013, 100% of the tax refunds are an asset of the Bankruptcy Estate. The Debtor and Debtor's Counsel received verbal instructions from the Trustee to provide copies of the 2012 tax returns and to turn over any refunds. The Debtor received her discharge on June 11, 2013.

WHEREFORE, the Trustee respectfully urges the Court to enter an Order requiring the Debtor to provide copies of her 2012 Federal and State tax returns and 100% of any refunds, and for such other and further relief as may be appropriate.

1    FURTHER, the Trustee requests that the Court set a hearing on this matter, with a bar date

2    of February 18, 2014, for any objection or responsive pleading to be filed. Should the Debtor not

3    file a timely response, the Trustee asks that a default Judgment be entered.

4

5    Dated: January 27, 2014                    /s/ Gayle E. Mills
                                                Gayle E. Mills, Trustee
6

7

8    Copy of the foregoing served by
     first class mail this date upon:

9    Deborah St. John
     23795 N. Tayrien Lane
10   Florence, AZ 85132

11   Adam C. Rieth, Esq.
     Adam C. Rieth PLLC
12   1425 W. Elliott Rd., Suite 201
     Gilbert, AZ 85233
13
     (Counsel for Debtor)
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28